IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NOVA SERVICES INC., | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: 1:20-cv-02773-RDB |
| RECLEIM NOVA, LLC, | * | |
| RECLEIM, LLC, | | |
| BLUE GRANITE LOGISTICS, LLC, | * | |
| and LL SEA INVESTMENTS, LLC, | | |
| | * | |
| Defendants. | | |
| | * | |

**DEFENDANTS RECLEIM, LLC'S AND RECLEIM NOVA, LLC'S DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3, the undersigned, counsel of record for Defendant Recleim, LLC ("Recleim") and Recleim Nova, LLC ("Recleim Nova"), states:

1. Recleim is a limited liability company. Its members are listed in Exhibit A. Recleim is not an affiliate or parent of any corporation.

2. Recleim Nova is a limited liability company. Its sole member is Recleim, LLC. Recleim Nova is not an affiliate or parent of any corporation.

3. The following corporations, unincorporated associations, partnerships or other business entities which are not parties and not otherwise listed may have a financial interest in the outcome of this litigation: None.

Dated:  October 1, 2020					Respectfully submitted,

						/s/ Ryan M. Bates
						Ryan M. Bates (Bar No. 20595)
						HUNTON ANDREWS KURTH LLP
						2200 Pennsylvania Avenue, NW
						Washington, DC 20037
						Telephone: (202) 955-1596
						rbates@huntonak.com

						*Attorney for Defendants Recleim, LLC and Recleim Nova, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2020, a copy of the foregoing DEFENDANTS RECLEIM, LLC'S AND RECLEIM NOVA, LLC'S DISCLOSURE OF CORPORATE INTEREST was electronically filed and served through the Court CM/ECF system upon the counsel below, and served upon parties via electronic mail as noted below:

Michael Paul Smith                              *(via CM/ECF system)*
Stephen J. Nolan
Carmelo Morabito
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, Maryland 21204
mpsmith@sgs-law.com
snolan@sgs-law.com
cmorabito@sgs-law.com
*Attorneys for Plaintiff Nova Services, Inc.*

Defendant Blue Granite Logistics, LLC
c/o Mr. Peter Davis                             *(via email by consent)*
pete@peachtreeinv.com

Defendant LL Sea Investments, LLC
c/o Mr. Peter Davis                             *(via email by consent)*
pete@peachtreeinv.com


                                                */s/ Ryan M. Bates*
                                                Ryan M. Bates