## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NOVA SERVICES INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | 1:20-cv-02773-RDB |
| RECLEIM NOVA, LLC, | ) | |
| RECLEIM, LLC, | ) | |
| BLUE GRANITE LOGISTICS, LLC, and | ) | |
| LL SEA INVESTMENTS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED SCHEDULING ORDER

The Joint Motion To Modify Scheduling having been timely filed and the parties having established good cause for an extension of the deadlines set forth in this Court's Scheduling Order entered October 29, 2020, it is hereby ordered that the Joint Motion is GRANTED and the following limited modifications are approved and shall be controlling:

| | |
|---|---|
| November 12, 2020 Deadlines are extended to | January 11, 2021 |
| Moving for Joinder of additional parties and Amendment of pleadings | February 12, 2021 |
| Plaintiff's Rule 26(a)(2) disclosures | February 26, 2021 |
| Defendants' Rule 26(a)(2) disclosures | March 29, 2021 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures | April 13, 2021 |
| Rule 26(e)(2) supplementation of disclosures And responses | April 20, 2021 |
| Discovery deadline; submission of status report | May 15, 2021 |
| Requests for Admissions | May 22, 2021 |
| Dispositive pretrial motions deadline | June 11, 2021 |

Dated:    11/13/2020

                              /s/
                              Richard D. Bennett
                              United States District Judge