IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NOVA SERVICES INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. |
| | ) | 1:20-cv-02773-RDB |
| RECLEIM NOVA, LLC, | ) | |
| RECLEIM, LLC, | ) | |
| BLUE GRANITE LOGISTICS, LLC, and | ) | |
| LL SEA INVESTMENTS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Defendants' Motion To Transfer Venue and supporting Brief having been read and considered, together with the Plaintiff's Memorandum in Opposition and the supporting Declaration of Guy T. Naylor submitted with Plaintiff's Memorandum, it is hereby ordered that the Defendants' Motion is DENIED.

Dated: _____

                                                                 Richard D. Bennett
                                                                 United States District Judge