# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVA SERVICES, INC., | * | |
|     Plaintiff/Counterclaim Defendant. | * | |
| v. | * | C.A. No. 21-20-MN |
| RECLEIM NOVA, LLC,<br>RECLEIM, LLC,<br>BLUE GRANITE LOGISTICS, LLC,<br>and LL SEA INVESTMENTS, LLC, | *<br><br>*<br> | |
| | * | |
|     Defendants/Counterclaim Plaintiffs. | * | |

**JOINT STATEMENT OF PENDING MATTERS PURSUANT TO LOCAL RULE 81.2**

The Parties hereby submit this report pursuant to Local Rule 81.2.

1. On January 11, 2021, the above referenced action was transferred to this Court.

2. The parties have not yet received a scheduling order in this case.

3. The parties have not yet commenced formal discovery, but are scheduling a private mediation, likely to take place within the next three to four weeks.

4. Should the parties not resolve their disputes at mediation, they will submit a joint proposed discovery and dispositive motion schedule.

5. No other matters are currently pending that require judicial action.


Dated:  February 1, 2021                                    Respectfully submitted,

| | |
|---|---|
| */s/ Stephen J. Nolan*\* <br> Michael Paul Smith <br> Stephen J. Nolan <br> Carmelo Morabito <br> Smith, Gildea & Schmidt, LLC <br> 600 Washington Avenue, Suite 200 <br> Towson, Maryland 21204 <br> mpsmith@sgs-law.com <br> snolan@sgs-law.com <br> cmorabito@sgs-law.com <br><br> *Attorneys for Plaintiff Nova Services, Inc.* <br><br> [\*] Plaintiff is in the process of finalizing the engagement of Delaware counsel and an entry of appearance of Plaintiff's Delaware counsel will be filed prior to the Court's February 10, 2021 deadline. | */s/ Travis S. Hunter* <br> Travis S. Hunter (#5350) <br> Alexandra M. Ewing (#6407) <br> Richards, Layton & Finger, P.A. <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 Telephone <br> hunter@rlf.com <br> ewing@rlf.com <br><br> Ryan M. Bates <br> HUNTON ANDREWS KURTH LLP <br> 2200 Pennsylvania Avenue, NW <br> Washington, DC 20037 <br> Telephone: (202) 955-1596 <br> rbates@huntonak.com <br><br> *Attorneys for Defendants Recleim Nova, LLC, Recleim, LLC, Blue Granite Logistics, LLC, and LL Sea Investments, LLC* |