IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVA SERVICES INC., | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:21-cv-00020-MN |
| RECLEIM NOVA, LLC, RECLEIM, LLC, BLUE GRANITE LOGISTICS, LLC, and LL SEA INVESTMENTS, LLC, | * * | |
| | * | |
| Defendants. | | |
| | * | |

**JOINT STATUS REPORT**

The Parties hereby submit this joint status report pursuant to the Court's order on May 3, 2021 (Dkt. # 28):

1. On January 11, 2021, this case was transferred to this Court from the United District Court for the District of Maryland.

2. On February 1, 2021, the parties submitted their Joint Statement of Pending Matters Pursuant to Local Rule 81.2 (Dkt. # 26).

3. In that filing, the parties indicated that they were in the process of scheduling a private mediation.

4. Pursuant to the parties' subsequent discussions, mediation has been delayed.

5. However, the parties are continuing to work to explore resolution.  The parties therefore respectfully propose that they update the Court within 30 days of this submission of the status of the case and/or submit a joint proposed discovery and dispositive motion schedule at that time.

Dated: May 10, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ David C. Malatesta, Jr. | /s/ Travis S. Hunter |
| David C. Malatesta, Jr. (Bar No. 3755) | Travis S. Hunter (Bar No. 5350) |
| Shelsby & Leoni, P.A. | Alexandra M. Ewing (Bar No. 6407) |
| 221 Main Street | Richards, Layton & Finger, P.A. |
| Wilmington, Delaware 19804 | 920 North King Street |
| Telephone: (302) 995-6210 | Wilmington, DE 19801 |
| Facsimile: (302) 995-6121 | Telephone: (302) 651-7700 |
| dmalatesta@mslde.com | hunter@rlf.com |
| | ewing@rlf.com |
| *Attorney for Plaintiff/Counterclaim-Defendant* | *Attorneys for Defendants/Counterclaim-Plaintiffs* |