IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVA SERVICES INC.,<br><br>  Plaintiff/Counterclaim-Defendants,<br><br>v.<br><br>RECLEIM NOVA, LLC,<br>RECLEIM, LLC,<br>BLUE GRANITE LOGISTICS, LLC,<br>and LL SEA INVESTMENTS, LLC,<br><br>  Defendants/Counterclaim-Plaintiffs. | C.A. No. 21-00020-MN |

**MOTION AND [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert T. Dumbacher to represent Defendants/Counterclaim-Plaintiffs Recleim Nova, LLC, Recleim, LLC, Blue Granite Logistics, LLC, and LL Sea Investments, LLC in the above matter.

                    /s/ *Alexandra M. Ewing*
                    Travis S. Hunter (#5350)
                    Alexandra M. Ewing (#6407)
                    Richards, Layton & Finger, P.A.
                    One Rodney Square
                    920 North King Street
                    Wilmington, DE 19801
                    Telephone: 302-651-7700
                    hunter@rlf.com
                    ewing@rlf.com

Dated: July 12, 2021            *Attorneys for Defendants/Counterclaim-*
                        *Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED on this ____ day of July, 2021, that counsel's motion for admission *pro hac vice* of Robert T. Dumbacher to represent Defendant/Counterclaim-Plaintiffs Recleim Nova, LLC, Recleim, LLC, Blue Granite Logistics, LLC, and LL Sea Investments, LLC is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/01/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Robert T. Dumbacher
Hunton Andrews Kurth LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street
Atlanta, GA 30308
404-888-4007
rdumbacher@hunton.com

Dated: July 12, 2021