# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVA SERVICES INC.,<br><br>    Plaintiff/Counterclaim-Defendants,<br><br>v.<br><br>RECLEIM NOVA, LLC,<br>RECLEIM, LLC,<br>BLUE GRANITE LOGISTICS, LLC,<br>and LL SEA INVESTMENTS, LLC,<br><br>    Defendants/Counterclaim-Plaintiffs. | C.A. No. 21-00020-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 13, 2021, true and correct copies of Plaintiff's Initial Disclosures were served on the following counsel in the manner indicated:

**VIA EMAIL**
Robert T. Dumbacher Hunton
Andrews Kurth LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street
Atlanta, GA 30308
404-888-4007
rdumbacher@hunton.com

*Attorneys for
Defendants/Counterclaim- Plaintiffs*

**VIA EMAIL**
Travis S. Hunter
Alexandra M. Ewing
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: 302-651-7700
hunter@rlf.com
ewing@rlf.com

*Attorneys for Defendants/Counterclaim-Plaintiffs*

| | |
|---|---|
| OF COUNSEL:<br>Michael Paul Smith Stephen J. Nolan Smith, Gildea & Schmidt, LLC 600 Washington Avenue, Suite 200<br>Towson, Maryland 21204<br>mpsmith@sgs-law.com<br>snolan@sgs-law.com<br><br>*Attorneys for Plaintiff/Counterclaim- Defendant Nova Services, Inc.*<br><br>Dated:  July 13, 2021 | /s/ *David C. Malatesta, Jr.*<br>David C. Malatesta, Jr. (#3755)<br>**Shelsby & Leoni, P.A.**<br>221 Main Street<br>Wilmington, Delaware 19804-3904<br>Telephone: (302) 995-6210<br>Facsimile: (302) 995-6121<br>dmalatesta@mslde.com<br><br>*Attorneys for Plaintiff/Counterclaim- Defendant Nova Services, Inc.* |