IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVA SERVICES, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>RECLEIM NOVA, LLC,<br>RECLEIM, LLC,<br>BLUE GRANITE LOGISTICS, LLC, and<br>LL SEA INVESTMENTS, LLC,<br><br>  Defendants. | C.A. No. 21-00020-MN |

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING CASE DEADLINES**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and subject to the Court's approval, that the following deadlines in the Scheduling Order (D.I. 32) shall be amended as follows:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Document Production | November 1, 2021 | May 2, 2022 |
| Joinder of Other Parties and Amendment of Pleading | November 30, 2021 | June 1, 2022 |
| Fact Discovery Cut Off | March 1, 2022 | July 15, 2022 |
| Expert Reports | April 15, 2022 | August 19, 2022 |
| Supplemental disclosure to contradict or rebut evidence | May 18, 2022 | September 16, 2022 |
| Reply expert reports from the party with the initial burden of proof | June 24, 2022 | October 7, 2022 |
| Expert Discovery Cut Off | August 1, 2022 | November 4, 2022 |

| Objections to Expert Testimony | Made by motion no later than fourteen (14) days after the close of expert discovery | November 18, 2022 |

The modifications above do not change the date of the pretrial conference, the dates of trial, or any other provisions of the Scheduling Order.

Dated: February 25, 2022

| | |
|---|---|
| OF COUNSEL:<br><br>Michael Paul Smith<br>Stephen J. Nolan<br>Smith, Gildea & Schmidt, LLC<br>600 Washington Avenue, Suite 200<br>Towson, Maryland 21204<br>mpsmith@sgs-law.com<br>snolan@sgs-law.com | */s/ David C. Malatesta, Jr.*<br>David C. Malatesta, Jr. (#3755)<br>Shelsby & Leoni, P.A.<br>221 Main Street<br>Wilmington, DE 19804<br>Telephone: (302) 995-6210<br>Facsimile: (302) 995-6121<br>dmalatesta@mslde.com<br><br>***Attorneys for Plaintiff*** |
| OF COUNSEL:<br><br>Robert T. Dumbacher<br>HUNTON ANDREWS KURTH LLP<br>Bank of America Plaza, Suite 4100<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308-2216<br>Telephone: 404-888-4000<br>Facsimile: 404-888-4190<br>rdumbacher@HuntonAK.com | */s/ Alexandra M. Ewing*<br>Travis S. Hunter (#5350)<br>Alexandra M. Ewing (#6407)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>hunter@rlf.com<br>ewing@rlf.com<br><br>***Attorneys for Defendants*** |

IT IS SO ORDERED this _____ day of February, 2022.

_____
The Honorable Maryellen Noreika
United States District Judge