# Exhibit C

**Billie Porter**

| | |
|---|---|
| **From:** | Hans Schwieger <htslaunch@hotmail.com> |
| **Sent:** | Friday, May 19, 2017 1:22 PM |
| **To:** | Billie Porter |
| **Subject:** | Titles and asset list |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Billie,

As I move through the asset list and title project I have seen some major issues already.  I have not sent what I have attached to John yet.  When you sent me the equipment list to review the questionable to see if there were any that could shift over to "good" (the goal being to offset some of the major gap between the original quantities on the first asset/equipment list submitted and current reality) I did not review the good list.  In hindsight I should have.  Sammie Jo did the best she could and I see how she classified some of the trailers as good but if you dig a little deeper in the history it leads one to say---hmmmm- does it really exist or at the very least is it where we think it is?

I have only reviewed the first 50 or so and 7 are very sketchy and every "inactive" should be physically inventoried (hands on, photo etc.).  We will have dozens of these at the least.

I don't know what we should do.  My concern is that we have bogus assets....regardless of intent or our ability to properly track and represent our assets.  The bottom line is that we have a huge road block and issue on hand.   This is just the tip of the iceberg because these issues become titling and transfer issues, registration questions and issues and on and on the vicious cycle will go drilling deep into our operation and complicating day to day business at a time (impending road check, memorial Day surge and the general push to shove more into a broken system).  The light and heavy lifting to resolve and or circumvent these issues is you and me and that's about it.  We also have to wear our regular hats and try to maintain the status quo?

This will either blow up quickly or I need to decide if I am going to lay it all out there and on the line to let everyone know how far off track everyone is and the impending bottlenecks and the impact they will have on people and process.  I am leaning towards the latter in the interest of everyone involved.  I guess it is time to get out the whistle and call blow it.  Not without careful thought and constructive suggestions but to spell out the critical issues and especially how the layering of transition issues on top of the current work load and weak structure/infrastructure will impede continuity and inhibit further growth.  We can't just keep gutting our way through these cycles.

I am certainly not going to fall on my sword (although I tend to be very hard on myself) but I cannot stay silent when I see us careening towards a precipice.  This is bordering on reckless and I need to figure out a way to communicate this without spooking everyone or seeming like an obstructionist or overreacting. It will take me a while to root all of this stuff out and organize it in a fashion that is actionable or understandable so for the time being I am "status quo".

Thank you for your support and letting me vent.  As for the list attached so far.  Let me know how you think we should present this to John when you can.

1

Have a good afternoon!

Hans T. Schwieger
Nova Services Inc.
htslaunch@hotmail.com      **PLEASE NOTE OUR NEW CORPORATE ADDRESS AND NUMBERS!  See below.**
Mobile: 410-960-9063

**Corporate Office: 2500 Grays Road, Dundalk, MD 21222 Ph:410-388-2200 Customer Care Fax:410-388-2213,  Accounting Fax: 410-388-2214**
Rhode Island Office: 100 Higginson Avenue, Lincoln RI 02865 Ph: 401-475-1514 Fax: 401-475-1751

Nova-Services-005151