IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVA SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RECLEIM NOVA, LLC, <br> RECLEIM, LLC, <br> BLUE GRANITE LOGISTICS, LLC, <br> LL SEA INVESTMENTS, LLC, <br> BGL HOLDINGS, LLC, <br> BLUE GRANITE FREIGHT, LLC, and <br> RECLEIM LOGISTICS, LLC, <br><br> Defendants. | C.A. No. 21-00020-MN |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, do hereby stipulate and agree that the above-captioned action is hereby voluntarily dismissed with prejudice. Each party shall bear its own fees and costs.

| | |
|---|---|
| */s/ David C. Malatesta, Jr.* <br> David C. Malatesta, Jr. (#3755) <br> Shelsby & Leoni, P.A. <br> 221 Main Street <br> Wilmington, DE 19804 <br> Telephone: (302) 995-6210 <br> Facsimile: (302) 995-6121 <br> dmalatesta@mslde.com <br><br> OF COUNSEL: <br> Michael Paul Smith <br> Stephen J. Nolan <br> Smith, Gildea & Schmidt, LLC <br> 600 Washington Avenue, Suite 200 <br> Towson, Maryland 21204 <br> **Attorneys for Plaintiff** | */s/ Alexandra M. Ewing* <br> Travis S. Hunter (#5350) <br> Alexandra M. Ewing (#6407) <br> Richards, Layton & Finger, P.A. <br> 920 North King Street <br> Wilmington, DE 19801 <br> Telephone: (302) 651-7700 <br> hunter@rlf.com <br> ewing@rlf.com <br> **Attorneys for Defendants** |

2